**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| CHRIS DAVID ZIMMERMAN, JR. | ) | BANKRUPTCY CASE NUMBER 09-13765 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

      Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

    1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

    2. The Trustee filed her Final Report And Distribution Summary on August 31, 2011, and issued checks as proposed in said proposed distribution.

    3. That Check #107 issued to HSBC Auto Finance, f/k/a HH Auto Finance Corp., Post Office Box 60130, City of Industry, CA 91716 on September 23, 2011 in the amount of $515.62 was returned by the claimant with correspondence requesting additional information regarding its claim. The Trustee is unable to provide any information other than that which was already provided.

    4. That the Trustee hereby gives notice that such amount of **$515.62** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

                                                  Respectfully submitted,

                                                  ___/s/ Yvette Gaff Kleven_____
                                                  Yvette Gaff Kleven, Chapter 7 Trustee
                                                  927 South Harrison Street
                                                  Fort Wayne, Indiana   46802
                                                  Telephone:   260 / 407-7000
                                                  ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of November, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to:  United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to:  HSBC Auto Finance, f/k/a HH Auto Finance Corp., Post Office Box 60130, City of Industry, CA 91716

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven